# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| Hunt Refining Company, ) | |
| *Plaintiff*, ) | |
| v. ) | 7:23-cv-00501-LSC |
| Michael S. Regan, in his official capacity, ) | |
| *Defendant*. ) | |

## ORDER

The Court acknowledges receipt of the parties' Joint Stipulation of Voluntary Dismissal. (*See* doc. 17) Accordingly, this case is DISMISSED WITHOUT PREJUDICE, and costs are taxed as paid.

**DONE** and **ORDERED** on August 4, 2023.

L. Scott Coogler
United States District Judge

211211